OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 At trial the prosecution questioned two of defendant’s witnesses regarding why they had not informed the authorities of the information they possessed potentially exculpating the defendant. Defendant’s two central arguments on appeal are that the trial court erred in (1) allowing the prosecution’s questions without the proper foundation under
 
 People v Dawson
 
 (50 NY2d 311), and (2) failing first to hold a bench
 
 *947
 
 conference to assess the propriety of such questioning. No objection was made to the trial court on these grounds, however, and thus the arguments now pressed were not preserved for our review.
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Hancock, Jr., and Bellacosa concur; Judge Titone taking no part.
 

 Order affirmed in a memorandum.